USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Quan Luo | 18-cv-03101 |
| DEFENDANT | TYPE OF PROCESS |
| Kaiyi, INC d/b/a Miyako Sushi, Xian Zhuang Chen, and Hang Ying Li d/b/a Jenny Li | Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JP Morgan Chase Bank
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
180 Canal St, New York, NY 10013

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Tiffany Troy, Esq.
Troy Law, PLLC
41-25 Kissena BLVD, Ste 110
Flushing, NY 11355

| Number of process to be served with this Form 285 | |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Bank Levy: full amount of Judgment is frozen per our firm's restraint on the bank pursuit to this judgment; remittance to go to our attorney trust account; 1 bank accounts belonging to Hang Ying Li a/k/a Jenny Li, Last 4 Digits of the Account number : 7310

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (718)-762-1324
DATE:

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process: 1 | District of Origin No. 054 | District to Serve No. 054 | Signature of Authorized USMS Deputy or Clerk | Date 5/10/2022 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
DANIEL LIU (FRONT DESK MGR)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 5/12/23    Time: 12:00 pm

Signature of U.S. Marshal or Deputy
319465

| Service Fee $65 | Total Mileage Charges including *endeavors* .66 | Forwarding Fee 0 | Total Charges 65.66 | Advance Deposits 200.00 | Amount owed to U.S. Marshal* or (Amount of Refund*) Refund = ($134.34) $0.00 |
|---|---|---|---|---|---|

REMARKS: I hereby certify and return that I have received a check for $46,812.05 for case number 18cv3101.
Judgment not satisfied
Date: 7/11/2023
Ralph Sozio
United States Marshal    By: Kristen Hutchinson

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00