UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
QUAN LUO, :
:
:
Plaintiff, :
: 18-CV-3101 (JMF)
-v- :
: ORDER
:
KAIYI INC. et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Defendants in this long-closed action have made a number of filings indicating, among other things, that they were never properly served with Plaintiff's Summons and Complaint and were not made aware of this action at all until August 30, 2024. *See* ECF Nos. 43-46. Plaintiff shall file a letter response to Defendants' filings **no later than Friday, October 4, 2024**. The Clerk of Court is directed to mail a copy of this Order to Defendants.

      SO ORDERED.

Dated: September 26, 2024
       New York, New York
                                                  JESSE M. FURMAN
                                          United States District Judge