UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
QUAN LUO, *on behalf of himself/themselves and others* :
*similarly situated* :
:
                      Plaintiff, :
:
           -v-                          :                  18-CV-3101 (JMF)
:
KAIYI INC. d/b/a Miyako Sushi, :
XIANG ZHUANG CHEN, and :                  ORDER
HANG YING LI a/k/a JENNY LI, :
:
                      Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On October 30, 2024, the Court ordered Defendants Kaiyi Inc., Xiang Zhuang Chen, and Hang Ying Li (also known as Jenny Li) to show cause why their motion filed on October 23, 2024, *see* ECF No. 53, should not be stricken as improper and duplicative. *See* ECF No. 55. On November 14, 2024, the Court entered an Order noting that Defendants had not responded by the deadline and, thus, striking the motion. *See* ECF No. 57. As it happens, just before the Court's Order hit the docket, the Clerk's Office docketed a response to the Order to Show Cause from Li. *See* ECF No. 56. Li's response, however, does not show cause why the October 30, 2024 motion should be disregarded as duplicative and procedurally improper; instead, it provides yet further reasons to grant the relief that Defendants sought in their earlier motion, which is under advisement. Accordingly, the Court adheres to its November 14, 2024 ruling and will disregard Defendants' October 30, 2024 motion (and the arguments made in Li's recent filing as to the merits). The Clerk of Court is directed to mail this Order to Defendant Xiang Zhuang Chen at 14 Aberdeen Rd., Westbury, NY 11590.

      SO ORDERED.

Dated: November 15, 2024
      New York, New York
                                                           JESSE M. FURMAN
                                               United States District Judge