```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUAN LUO,

                Plaintiff,

    -v-

KAIYI INC., *et al.*,

                Defendants.

**ORDER**

18-CV-3101 (JMF) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By an Amended Order of Reference dated December 17, 2024, this case was referred to me for settlement.  As soon as practicable, the parties are directed to contact Chambers at RicardoNYSDChambers@nysd.uscourts.gov, copying all counsel or pro se litigants if they are unrepresented, to schedule a settlement conference for a time when they believe it would be productive.  In light of the Court's calendar, settlement conferences generally must be scheduled approximately six weeks in advance.  The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: December 18, 2024
      New York, New York

                                                          _____
                                                           Henry J. Ricardo
                                                           United States Magistrate Judge