```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   1/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUAN LUO,

                Plaintiff,

    -v-

KAIYI INC., *et al.*,

                Defendants.

**ORDER**

18-CV-3101 (JMF) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By an Amended Order of Reference dated December 17, 2024, this case was referred to me for settlement.  On December 18, 2024, the parties were directed to contact Chambers to schedule a settlement conference.  Although the parties discussed potential dates, no conference date was confirmed.  As soon as practicable, the parties are directed to contact Chambers at [RicardoNYSDChambers@nysd.uscourts.gov](mailto:RicardoNYSDChambers@nysd.uscourts.gov), copying all counsel or pro se litigants if they are unrepresented, to schedule a settlement conference for a time when they believe it would be productive.  In light of the Court's calendar, settlement conferences generally must be scheduled approximately six weeks in advance.  The parties are also directed to review the "Procedures for All Cases Referred for

1

Settlement to Magistrate Judge Henry J. Ricardo," available at

https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: January 22, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

2