UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                :
QUAN LUO, *on behalf of himself/themselves and others*   :
*similarly situated*           :
                :     18-CV-3101 (JMF)
         Plaintiff,   :
                :       ORDER
   -v-       :
                :
HANG YING LI a/k/a JENNY LI,   :
                :
         Defendants.   :
                :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The parties are reminded that, per ECF No. 67, there is an initial pretrial conference in this case on **February 4, 2025**. **The time of the conference, however, is hereby CHANGED to 4 p.m.** The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key. When prompted for an attendee ID number, press the pound (#) key again. **No later than 24 hours before the conference**, Plaintiff's counsel shall send an email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of those who may speak during the teleconference and the telephone numbers from which they expect to join the call.

      **The parties are reminded that, per ECF No. 67, they must each file a letter, not to exceed five pages, by this Thursday** providing the following information in separate paragraphs:

    (1) A brief statement of the nature of the action and the principal defenses thereto;

    (2) A brief explanation of why jurisdiction and venue lie in this Court.

    (3) A statement of all existing deadlines, due dates, and/or cut-off dates;

    (4) A brief description of any outstanding motions;

    (5) A brief description of any discovery that has already taken place and of any discovery that is necessary for the parties to engage in meaningful settlement negotiations;

    (6) A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

(7) A statement confirming that the parties have discussed the use of alternate dispute resolution mechanisms and indicating whether the parties believe that (a) a settlement conference before a Magistrate Judge; (b) participation in the District's Mediation Program; and/or (c) retention of a privately retained mediator would be appropriate and, if so, when in the case (*e.g.*, within the next sixty days; after the deposition of plaintiff is completed; after the close of fact discovery; etc.) the use of such a mechanism would be appropriate; and

(8) Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

Finally, **the parties shall immediately contact the Chambers of Magistrate Judge Ricardo in accordance with ECF No. 69 to schedule a settlement conference** and should be prepared to discuss during the initial pretrial conference why they have, to date, not scheduled such a conference given the Court's admonitions and directions in ECF No. 67.

    SO ORDERED.

Dated: January 27, 2025
       New York, New York

                                                  JESSE M. FURMAN
                                                  United States District Judge