```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/28/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUAN LUO,

                Plaintiff,

       -v-

KAIYI INC., *et al.*,

                Defendants.

**ORDER**

18-CV-3101 (JMF) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court has received plaintiff's letter (ECF No. 71) advising of his availability for a settlement conference on March 20, 21, 28 or 31, 2025.  Pro se defendant Hang Ying Li has not provided dates when she is available for a settlement conference, but has copied Chambers on correspondence regarding the scheduling of depositions.  Ms. Li is directed to stop communicating with Chambers about discovery, but to provide dates when she can be available for a settlement conference by January 31, 2025.  The undersigned is currently available for a settlement conference on the dates that plaintiff has proposed, but could also accommodate the parties sooner, including on February 4, 5, 13, 14, 17 and 18, subject to the scheduling of conferences in other cases in the interim.

**SO ORDERED.**

Dated: January 28, 2025
       New York, New York

                                                _____
                                                Henry J. Ricardo
                                                United States Magistrate Judge