UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
QUAN LUO, *on behalf of himself/themselves and others* :
*similarly situated* :
:
:
                               Plaintiff,     :            18-CV-3101 (JMF)
:
      -v-     :            <u>ORDER</u>
:
HANG YING LI a/k/a JENNY LI, :
:
                               Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As stated on the record during the teleconference held earlier today:

- The parties are strongly encouraged to settle the case with the assistance of Magistrate Judge Ricardo at or before the March 31, 2025 settlement conference.

- If the parties cannot reach a settlement, they shall appear for an **in-person** initial pretrial conference on **April 11, 2025** at **10:00 a.m.** in **Courtroom 1105** of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, NY 10007. Defendant is strongly encouraged to bring an interpreter — or someone who can facilitate communication — with her to the conference.

- Unless and until the Court orders otherwise, discovery is stayed. Accordingly, any subpoena that has already been served need not be answered at this time.

       SO ORDERED.

Dated: February 4, 2025                                _____
       New York, New York                           JESSE M. FURMAN
                                                            United States District Judge