UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
QUAN LUO, *on behalf of himself/themselves and others similarly situated*  :
:
                           Plaintiff,       :      18-CV-3101 (JMF)
:
                                        :         ORDER
     -v-                                :
:
HANG YING LI a/k/a JENNY LI,       :
:
                         Defendant.      :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The parties are reminded that, per the Court's February 4, 2025 Order, ECF No. 78, they are required to appear for an in-person conference on April 11, 2025, at 10:00 a.m. in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.  Defendant is strongly encouraged to bring an interpreter — or someone who can facilitate communication — with her to the conference.  The parties should come prepared to discuss their prospects for settlement and next steps for the case, should settlement not be possible.

      SO ORDERED.

Dated: April 1, 2025
       New York, New York                       _____
                                                                   JESSE M. FURMAN
                                                             United States District Judge