UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
QUAN LUO, *on behalf of himself and others similarly*                   :
*situated*,                                                             :
                                                                        :
                                    Plaintiff,                          :          18-CV-3101 (JMF)
                                                                        :
                    -v-                                                 :          <u>ORDER</u>
                                                                        :
HANG YING LI a/k/a JENNY LI,                                            :
                                                                        :
                                    Defendant.                          :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On April 11, 2025, this Court's Grievance Committee received the attached email from
Sophie Sie, who assisted Defendant as a translator in the initial pretrial conference held on April
11, 2025.  Non-parties may not file documents in this case.  Accordingly, the Court will take no
action in connection with the email.

      SO ORDERED.

Dated:  April 16, 2025
      New York, New York
                                        JESSE M. FURMAN
                               United States District Judge

| | |
|---|---|
| **From:** | ▮▮▮▮▮▮ |
| **To:** | Furman NYSD Chambers |
| **Subject:** | FW: Matters of Lou & John Troy & Tiffany Troy Troy Law firm & ALFRED TSAI & Troy Law Firm Class/Collective Labor Disputes & Complaint in NYC Southern District Courts |
| **Date:** | Monday, April 14, 2025 12:19:27 PM |

▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮
▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮
▮▮▮▮▮▮
▮▮▮▮▮▮▮▮
▮▮▮▮▮

**From:** ▮▮▮▮▮▮▮▮
**Sent:** Friday, April 11, 2025 5:40 AM
**To:** ▮▮▮▮▮▮▮ Julie Allsman <Julie_Allsman@nysd.uscourts.gov>; NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
**Cc:** ▮▮▮▮▮▮▮▮▮▮▮▮ NYSD ECF Pool <nysd_ecf_pool@nysd.uscourts.gov>; NYSD CourtMail <courtmail@nysd.uscourts.gov>; ▮▮▮▮▮▮▮
**Subject:** Matters of Lou & John Troy & Tiffany Troy Troy Law firm & ALFRED TSAI & Troy Law Firm Class/Collective Labor Disputes & Complaint in NYC Southern District Courts

**CAUTION - EXTERNAL:**

4/11/2025

Dear HangYing;

Honorable Laura Taylor Swain, Chief District Judge Swain;

Honorable Counsel to the Committee on Grievances Ms. Allsman Esquire;
Honorable Jorge Dopico, Esquire, Chief Counsel Attorney Grievance Committee in First Judicial Department:

The documents described in the attached PDF #1 delivered to me on 4/10/2025, as the former System/HR Manager and the Co-Owner of KaiYi INC, I gave my certification that the defunct restaurant business entity KaiYi INC and its owners Ms. SIE and Mr. Chen did not affiliate to and had no business interest in the docketed Defendants:
BEST MIYAKO SUSHI CORP. d/b/a Miyako Sushi, SATORI SUSHI CORP. d/b/a Miyako Sushi, LOBSTER SUSHI CORP. d/b/a Miyako Sushi , PETER ZOU, HIULING CHEUNG,
XUE TIAO CHEN, and FAT HIN CHENG in Case 1:16-CV-02012-JGK-BCM Filed 03/17/16.

Per the great American Conflict of Interest and Controversy Doctrine, the new discovery presented in the attached PDF #2, #3, #4, #5, and #6, an adjournment for 4/11/2025 Trial before Mr. Jason FURMAN's brother the Honorable **Judge Jesse M. Furman** court for matters in Case 1:18-cv-03101-JMF Luo v. Kaiyi Inc. et al relevant to Case 1:16-CV-02012-JGK-BCM Filed 03/17/16 should be immediately considered by The Federal NYC Southern District.

Particularly, all matters and relevant matters ruled and awaiting to be concluded and ruled are contaminated with exaggerating false claims, disinformation, falsehood, false pretenses, misinformation, misrepresentation, disinformation, discrimination, China hate, antiXi anxiety, due process violating, dirty tricks and perjury in severe foreign corrupt influence.

Sincerely,

Kuanghua Sophie SIE
Witness to Case 1:18-cv-03101-JM
Co-Owner and System/HR at KaiYi INC

Served as the Bonded Notary Public in the Commonwealth of Pennsylvania
Can be reached at



Direct Cell:
Direct email:

PDF #1:



TROY LAW, PLLC
*Attorneys for the Plaintiffs, proposed FLSA*
*Collective and potential Rule 23 Class Plaintiffs*
John Troy (JT 0481)
41-25 Kissena Blvd., Suite 119
Flushing, NY 11355
Tel:    718) 762-1324
Fax:    (718) 762-1342

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
SHIQIU CHEN and CHANGREN ZOU,
*on behalf of themselves and others similarly situated,*
                                                  Plaintiffs,

                v.

BEST MIYAKO SUSHI CORP.
        d/b/a Miyako Sushi,
SATORI SUSHI CORP.
        d/b/a Miyako Sushi,
LOBSTER SUSHI CORP.
        d/b/a Miyako Sushi,
XIANG Z CHEN,
PETER ZOU,
HIULING CHEUNG,
XUE TIAO CHEN, and
FAT HIN CHENG,
JANE DOE,
                                                  Defendants.
-------------------------------------------------------------x

Case No: 16-cv-2012

**29 U.S.C. § 216(b)**
**COLLECTIVE ACTION &**
**F.R.C.P. 23  CLASS ACTION**

**COMPLAINT**

Plaintiffs SHIQIU CHEN and CHANGREN ZOU (hereinafter referred to as "Plaintiffs"),

on behalf of themselves and other similarly situated, by and through their attorney, Troy Law,

PLLC, hereby bring this complaint against Defendants BEST MIYAKO SUSHI CORP. d/b/a

Miyako Sushi, SATORI SUSHI CORP., d/b/a Miyako Sushi, LOBSTER SUSHI CORP. d/b/a

Miyako Sushi, XIANG Z CHEN, PETER ZOU, HIULING CHEUNG, XUE TIAO CHEN, and

FAT HIN CHENG, JANE DOE, (hereinafter referred to as "Defendants").

Troy                                     1                            complaint

PDF #2:




k.sinaimg.cn



洲的石油和能源合同。

PDF #3:



PDF #4:



PDF #5:



PDF #6:



On January 5, 2021, Tianjin No. 2 Intermediate People's Court sentenced Lai Xiaomin to death for the crime of accepting bribes. The death penalty was executed on the 29th of the same month.

Sent from my iPhone

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.