UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
QUAN LUO, *on behalf of himself and others similarly situated*,

                          Plaintiffs,                          18-CV-3101 (JMF)

             -v-                                         ORDER

HANG YING LI a/k/a JENNY LI,

                          Defendant.
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's September 2, 2025 Order, ECF No. 92, the parties were required to file a letter, the contents of which are described therein, no later than 7 days from the close of discovery on November 12, 2025. To date, the parties have not filed any letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 25, 2025**. Failure to file the letter by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

      As Defendant previously consented to receive electronic notice via the ECF system, *see* ECF No. 99, there is no need to mail a copy of this Order to Defendant.

      SO ORDERED.

Dated: November 20, 2025
       New York, New York
                                                      JESSE M. FURMAN
                                             United States District Judge