UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                          :

QUAN LUO, *on behalf of himself and others similarly*  :
*situated*,
                          :

           Plaintiffs,      :          18-CV-3101 (JMF)

                          :

       -v-               :            ORDER

                          :

HANG YING LI a/k/a JENNY LI,      :

                          :

           Defendant.      :

                          :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On November 20, 2025, the Court issued an Order, ECF No. 100, extending the deadline for the parties to file letters stating whether they intended to move for summary judgment to November 25, 2025.  Plaintiff has since stated that he does not intend to move for summary judgment but has indicated that he may seek sanctions against Defendant for failure to respond to discovery requests and subpoena.  *See* ECF No. 101.  Having failed to file her letter by the deadline, Defendant has forfeited the right to move for summary judgment.  *See* ECF No. 84 ("[F]ailure to comply with any of the terms of this Order may constitute grounds for the denial of requested relief, dismissal of the action, or such other action as may be just in the circumstances.").

      In light of the foregoing, Plaintiff is directed to file any motion for sanctions (or other such relief) by **December 23, 2025**.  Defendant shall file any opposition by **January 20, 2026**. Plaintiff's reply, if any, shall be filed by **January 27, 2026**.  All other deadlines — including the deadline for pretrial submissions — are STAYED until further notice of the Court.

      As Defendant previously consented to receive electronic notice via the ECF system, *see* ECF No. 99, there is no need to mail a copy of this Order to Defendant.

      SO ORDERED.

Dated:  December 2, 2025
       New York, New York                 _____
                                      JESSE M. FURMAN
                                    United States District Judge