UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                              :

QUAN LUO, *on behalf of himself and others similarly*   :
*situated*,
                              :

                Plaintiffs,        :              18-CV-3101 (JMF)
                              :

        -v-                      :              <u>ORDER</u>
                              :

HANG YING LI a/k/a JENNY LI,        :

                Defendant.     :

--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On December 2, 2025, the Court received the attached letter from Defendant explaining her objections to participating in discovery and requesting that the Court dismiss the case. The Pro Se Intake Unit was not able to docket the letter because it exceeded the maximum file size of 15 megabytes for documents attached to emails. *See* https://www.nysd.uscourts.gov/prose. The Court has reduced the file size of the letter and advises Defendant to ensure that future filings comply with file size limits.

      As to the substance of the letter, Defendant does not indicate any intent to move for summary judgment, which, as noted, she has forfeited. *See* ECF No. 102. Defendant's motion to dismiss the case is hereby DENIED. Defendant may raise any of the arguments set forth in the letter in her opposition to Plaintiff's motion for sanctions (or other such relief). The briefing schedule for that motion remains in effect. *See* ECF No. 102.

      SO ORDERED.

Dated: December 5, 2025
      New York, New York                         JESSE M. FURMAN
                                       United States District Judge

**Pro se Defendant, Li, Hang Ying**
14 Aberdeen Rd., Westbury, NY 11590
Tel: 347 653 9855
e-mail address:  hli921135@gmail.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| QUAN LUO,<br>on behalf of himself/themselves and<br>others similarly situated,<br><div align="right">Plaintiff(s),</div><br>-against-<br><br>KAIYI INC.<br>d/b/a Miyako Sushi,<br>XIANG ZHUANG CHEN, and<br>HANG YING LI a/k/a Jenny Li.<br><div align="right">Defendant(s).</div> | Case No: 18-cv-03101-JMF<br><br>**Hang Ying Li Letter Reply**<br><br>**To John Troy and Troy**<br><br>**Law  Document Number**<br><br>**101** |

**COUNSELORS AND LAW CLERKS**

**PLEASE TAKE NOTICE**, that on Tuesday, November 25, 2025, I, the pro se defendant Hang Ying Li, file this letter to comply with the USA rules and codes and laws in Civil disputing matters and to demand the matters of Luo v Hang Ying Li (Jenny LI) and Xiang Zhuang Chen, and KaiYi INC to be dismissed with the enclosed none party witness Ms. Sophie Sie's Letter Reply in Support.

**Dear Honorable Judge Furman,**

On September 7th of 2025, Mr. John Troy, Claim Plaintiff Luo and Troy Law Firm employees and members were notified that  Ms. Sie on behalf of the TriState Justice League having an office at 1745 North 7th Street, Harrisburg PA 17102 will pay for the fees and costs in all the sessions relevant to the Deposition of both witnesses Quan Luo and HangYing Li at the reputed neutral legal service agency,  MGR Reporting at 222 Broadway, 18 Floor, New York, NY  10038 or at  626 RXR Plaza, 6th floor, Uniondale, NY 11556 having phone 212.840.1167. Ms. Sie's  reasonable request and offering in good faith  was denied by John Troy and Troy Law LLP.

1

I have no objection to their demand and request information and deposition. However, it's none negotiable to hold a production and deposition in a recognized neutral legal service place, like MGR Reporting.

**Wherefore,** the Complaint against Defendants Ms. HangYing Li, in the pending matters of 18-cv-03101-JMF ought to be dismissed immediately due to a lack of material facts.

Respectfully submitted,

11/25/2025

**Pro Se Defendant, Li, Hang Ying**
14 Aberdeen Rd., Westbury, NY 11590
e-mail address:   hli921135@gmail.com
Tel: 347 653 9855

**To: The Plaintiff Party and John Try Esquire, and  Troy Law PLLC**
**4125 Kissena BLVD STE 110,  Flushing, NY 11355-3150**
**Tel: 718 762 1324   Email: johntroy@troypllc.com  and  docket@troypllc.com**
**and troylaw@troypllc.com   and troylawpllc@gmail.com**
**and Pro Se Filing Office.**

2

None Party Witness, Kuanghua Sophie Sie
1745 North 7th Street
Harrisburg, PA 17102
Tel: 908 528 1182
e-mail address: sophiesie@yahoo.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **QUAN LUO,**<br>**on behalf of himself/themselves and**<br>**others similarly situated,**<br><br>Plaintiff(s),<br><br>-against-<br><br>**KAIYI INC.**<br>**d/b/a Miyako Sushi,**<br>**XIANG ZHUANG CHEN, and**<br>**HANG YING LI a/k/a Jenny Li.**<br>Defendant(s). | **Case No: 18-cv-03101-JMF**<br><br>**None Party Witness**<br><br>**Sophie's Letter Reply To**<br><br>**John Troy and Troy Law**<br><br>**Document Number 101** |

**COUNSELORS AND LAW CLERKS**

**PLEASE TAKE NOTICE**, that on Tuesday, November 25, 2025, I, the none party witness and Kaiyi INC HR & General Operating Manager & Co-owner, Kuanghua Sophie Sie, file this letter to comply with the USA rules and codes and laws in Civil disputing matters and to demand the matters of Luo v Hang Ying Li (Jenny LI) and Xiang Zhuang Chen, and KaiYi INC to be dismissed and a federal criminal investigation into John Troy and Troy Law firm who have been engaged in false WorkComp benefit claim relevant class civil lawsuits and in abusing state and federal WorkComp benefits proceedings to exaggerate U/T/Asylum Visas that are humanitarian immigration relief options offering temporary legal status and work authorization, and lead to permanent residency for victims of certain crimes who engaged in WorkComp disputed matters and cooperate with law enforcement.

  **Dear Honorable Judge Furman,**

   On September 7th of 2025, In consideration of Defendant Ms. Hang Ying Li's current financial situation, Mr. John Troy, Claim Plaintiff Luo and Troy Law Firm employees and members were notified that I, on behalf of the TriState Justice

Page 1 of 3

League having an office at 1745 North 7th Street, Harrisburg PA 17102 will pay for the fees and costs in all the sessions relevant to the Deposition of both witnesses Quan Luo and HangYing Li at the reputed neutral legal service agency, MGR Reporting at 222 Broadway, 18 Floor, New York, NY 10038 or at 626 RXR Plaza, 6th floor, Uniondale, NY 11556 having phone 212.840.1167. My reasonable request and offering in good faith was denied by John Troy and Troy Law LLP employees and members and their false WorkComp benefit claim conspirator Quan Luo.

Should Quan Luo and John Troy and Troy Law LLP has any lawful legal positions to sue the defendants, they are supposed to have all necessary documents and material facts as evidences to seek damages and damages from the defendant party Ms. HangYing Li, and Xiang Zhuang Chen, and KaiYi INC.

Apparently, they forged their claim against Ms. HangYing Li, and Xiang Zhuang Chen, and KaiYi INC. by disinformation, fake information, fraud, false testimony, perjury, false pretenses, and misrepresentation and violating the well written US federal and NY state laws, rules and codes in Labor WorkComp Insurance Benefit Claim and in WorkComp/ Labor Criminal/Civil dispute proceedings in NYC Federal Southern District Courts.

They have nothing truthful and lawful to sustain their Labor WorkComp insurance benefit Claim and WorkComp/ Labor Criminal/Civil disputes in NYC Federal Southern District Courts against Ms. HangYing Li, and Xiang Zhuang Chen, and KaiYi INC.

Therefore, Mr. John Troy, Claim Plaintiff Luo and Troy Law Firm employees and members need some useful information and documents from KaiYi IN co-Owner, Sophie Sie to cover up their fraudulent deeds. They persisted to have a discovery deposition and production in places that were directly or indirectly controlled or influenced by John Troy, Troy Law Firm and their associated or club members.

I have no objection to their demand and request information and deposition. However, it's none negotiable to hold a production and deposition in a recognized neutral legal service place, like MGR Reporting.

**Wherefore,** the Complaint against Defendants Ms. HangYing Li, and Xiang Zhuang Chen, and KaiYi INC in the pending matters of 18-cv-03101-JMF ought to be dismissed immediately due to a lack of material facts.

Respectfully submitted,
11/25/2025

*Kuanghua Sophie Sie*
**None Party Witness, Kuanghua Sophie Sie**
1745 North 7th Street
Harrisburg, PA 17102   Tel: 908 528 1182
e-mail address: sophiesie@yahoo.com

**To: The Plaintiff Party and John Try Esquire, and  Troy Law PLLC
4125 Kissena BLVD STE 110,  Flushing, NY 11355-3150
Tel: 718 762 1324   Email: johntroy@troypllc.com  and  docket@troypllc.com
and troylaw@troypllc.com  and troylawpllc@gmail.com
and Pro Se Filing Office.**