UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

QUAN LUO, *on behalf of himself and others similarly situated*,

Plaintiff,

-v-

HANG YING LI a/k/a JENNY LI,

Defendant.

---

18-CV-3101 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On August 3, 2026, the Court ordered, as relevant here, that Defendant Hang Ying Li (also known as Jenny Li) "sit for a deposition in the offices of Luo's counsel" no later than September 3, 2026. ECF No. 112, at 8. "To that end," the Court continued, "**no later than August 6, 2026**, Luo's counsel shall propose in writing to Li three dates and times for the deposition, and **no later than August 11, 2026,** Li shall choose one of those three dates and confirm her choice in writing." *Id.* The Court cautioned that "[i]f Li fails to comply with any of the terms of this Order, the Court **will almost certainly impose sanctions on Li, up to and including striking her Answer and entering default judgment against her**." *Id.*

On August 20, 2026, Plaintiff filed a letter regarding Li's compliance — or lack thereof — with the Court's orders. *See* ECF No. 113. The letter reveals that, on August 5, 2026, Plaintiff provided Li with three proposed dates for her deposition, and — inexplicably, given the Court's clear order that the deposition was to take place in Plaintiff's counsel's office — requested that the deposition occur over Zoom. *See id.* at 2. The letter and attached correspondence suggest that the parties agreed on August 28, 2026, at 9 a.m. as the date and time

of the deposition. *See id.* at 2. But the parties do not appear to have agreed on a venue, with Li insisting that the deposition take place in Harrisburg, PA, and Plaintiff indicating it would take place in some unidentified conference room, presumably in New York City. *See* ECF No. 113-2.

The parties' dispute over venue is baffling as the Court previously settled the matter by ordering that it occur "in the offices of Luo's counsel." ECF No. 112, at 8. Accordingly, **Li shall appear and sit for her deposition on August 28, 2026, at 9 a.m. in Plaintiff's counsel's office.** Plaintiff shall file a letter no later than **August 31, 2026**, indicating whether Li complied with the foregoing. **If she fails to do so, sanctions — likely including striking her answer and entering default judgment against her, as well as ordering her to pay the costs of the deposition — will be imposed.**

As Li previously consented to receive electronic notice via the ECF system, *see* ECF No. 99, there is no need to mail a copy of this Order to her.

SO ORDERED.

Dated: August 21, 2026
New York, New York

JESSE M. FURMAN
United States District Judge