**TROY LAW, PLLC**
ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324 troylaw@troypllc.com Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 110, Flushing, NY 11355

September 11, 2026

**Via ECF**
Hon. Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square New York, NY 10007

Re: **Joint Letter Report**
*Luo v. Kaiyi Inc. et al, No. 18-cv-03101 (JMF), (S.D.N.Y.)*

Your Honor,

This office represents the Plaintiff in the above-referenced matter. Pursuant to the Court's Memo Endorsement dated August 31, 2026 (ECF No. 116), the parties respectfully submit this joint letter to report the status of discovery and propose the following dates.

On August 28, 2026, Pro Se Defendant HANG YING LI a/k/a Jenny Li appeared and sat for her deposition at Plaintiff's counsel's office. On August 28, 2026, Plaintiff served Defendant with Plaintiff's Second Request for Production of Documents. On September 9, 2026, Defendant served her Reply and Answers to Plaintiff's Second Request for Production of Documents in two parts (English and Chinese). However, upon preliminary review, it is apparent that the Response from Plaintiff's perspective is deficient.

In light of the foregoing, the parties respectfully propose the following schedule to address any remaining discovery deficiencies:

1. Plaintiff shall serve a Deficiency Letter to the Reply and Answers to Plaintiff's Second Request for Production of Document dated September 9, 2026 on or before September 14, 2026;

2. Defendant shall serve a response to Plaintiff's Deficiency Letter on or before September 21, 2026; and

3. The parties shall meet and confer regarding any remaining discovery issues on or before September 28, 2026.

4. Thereafter, the parties will bring up any discovery disputes in a joint letter due no later than October 12, 2026.

The parties respectfully request that the Court approve the proposed discovery schedule.

Plaintiffs sincerely thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/ John Troy
John Troy

cc: via ECF
all counsel of record

/kxl

The parties' proposed schedule is hereby ADOPTED.

SO ORDERED

September 14, 2026