UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

QUAN LUO, *on behalf of himself and others similarly situated*,

Plaintiffs,

-v-

HANG YING LI a/k/a JENNY LI,

Defendant.

---------------------------------------------------------------------X

18-CV-3101 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's September 14, 2026 Order, ECF No. 122, the parties were required to file a joint letter, the contents of which are described therein, by October 12, 2026. To date, the parties have not filed that letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **October 19, 2026**. Failure to file a joint letter by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

SO ORDERED.

Dated: October 14, 2026
New York, New York

JESSE M. FURMAN
United States District Judge