UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

QUAN LUO, *on behalf of himself and others similarly situated*,

Plaintiff,

-v-

HANG YING LI a/k/a JENNY LI,

Defendant.

---------------------------------------------------------------------X

18-CV-3101 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On August 3, 2026, the Court denied Plaintiff's motion for sanctions, but ordered Defendant Hang Ying Li (also known as Jenny Li), who proceeds here without counsel, to comply with her discovery obligations. ECF No. 112, at 8. The Court warned that, if Li failed to comply, "the Court **will almost certainly impose sanctions on Li, up to and including striking her Answer and entering default judgment against her**." *Id.*

On September 11, 2026, Plaintiff reported that Li's responses to certain discovery requests were deficient. *See* ECF No. 120. As relevant here, the Court ordered Plaintiff to provide Li with a Deficiency Letter no later than September 14, 2026, and ordered Li to respond no later than September 21, 2026. *See* ECF No. 122. The parties were directed to "meet and confer regarding any remaining discovery issues on or before September 28, 2026," and "bring up any discovery disputes in a joint letter due no later than October 12, 2026." *Id.*

On October 19, 2026, Plaintiff filed a letter regarding Li's compliance — or lack thereof — with the Court's order. *See* ECF No. 125. Plaintiff's letter reveals that, on September 14, 2026, Plaintiff provided Li with a Deficiency Letter, to which Li responded on September 21,

2026. *Id.* at 2. In that response, which Li filed with the Court, Li stated that she believed a meet-and-confer was "unnecessary" and that she would "refuse" to file the ordered joint letter concerning the status of the parties' ongoing discovery dispute. ECF No. 123, at 2-3. Plaintiff's letter also reveals that Li was served with a second Deficiency Letter concerning her September 21, 2026 response, to which Li failed to respond. *See* ECF No. 125, at 2.

In light of the foregoing, Li shall, **no later than November 2, 2026,** cure any and all deficiencies identified in Plaintiff's September 14, 2026 and October 14, 2026 Deficiency Letters. No later than **November 5, 2026**, Plaintiff shall file a status letter regarding Li's compliance or lack thereof. Further, unless and until the Court orders otherwise, if Li fails to comply with this Order by curing any and all deficiencies identified in Plaintiff's September 14, 2026 and October 14, 2026 Deficiency Letters by November 2, 2026, Plaintiff is invited to file a motion for case-terminating sanctions against Li **on or before November 23, 2026**. In the event that Plaintiff files such a motion, Li shall file any opposition **within two weeks of the motion being filed**; any reply shall be filed **within one week of the opposition**.

Li is warned — once again — that if she fails to comply with her obligations, including her obligation to comply with this Order, the Court **will almost certainly impose sanctions on her, up to and including striking her Answer and entering default judgment against her**.

As Li previously consented to receive electronic notice via the ECF system, *see* ECF No. 99, there is no need to mail a copy of this Order to her.

SO ORDERED.

Dated: October 21, 2026
New York, New York

JESSE M. FURMAN
United States District Judge