UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

QUAN LUO, *on behalf of himself and others similarly situated*,

Plaintiff,

-v-

HANG YING LI a/k/a JENNY LI,

Defendant.

---------------------------------------------------------------------X

18-CV-3101 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On November 19, 2026, Kuanghua Sophie Sie, appearing without counsel, moved to intervene as a third-party plaintiff against Plaintiff Quan Luo. *See* ECF No. 131. That motion was filed more than eight years after this suit commenced. Accordingly, it is DENIED as untimely. *See* Fed. R. Civ. P. 24 (requiring that motion to intervene be "timely" made); *see also, e.g., United States v. Yonkers Bd. Of Educ.*, 801 F.2d 593, 596 (2d Cir. 1986) (denying intervention as untimely due to a three-month delay).

The Clerk of Court is directed to terminate ECF No. 131.

SO ORDERED.

Dated: November 19, 2026
New York, New York

JESSE M. FURMAN
United States District Judge