UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

QUAN LUO, *on behalf of himself and others similarly situated*,

Plaintiff,

-v-

HANG YING LI a/k/a JENNY LI,

Defendant.

---------------------------------------------------------------------X

18-CV-3101 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On November 23, 2026, Plaintiff filed a motion for default judgment against Defendant Hang Ying Li. *See* ECF No. 133. Shortly thereafter, Li, who proceeds here without counsel, contacted the Court via email with an "[u]rgent" message notifying the Court that she was unable to access ECF No. 133.

The Court reminds Li that, per the Court's Individual Rules, she is not permitted to contact Chambers via email. Instead, she must file any request on ECF via letter motion. That said, Plaintiff shall mail a copy of ECF No. 133, along with this Order, to Li and file proof of such service **no later than November 25, 2026**.

SO ORDERED.

Dated: November 24, 2026
New York, New York

JESSE M. FURMAN
United States District Judge